**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHELLERY MOORE,<br><br>    Plaintiff(s),<br><br>v.<br><br>FOSTER, et al.,<br><br>    Defendant | Case No.: 2:17-cv-02005-JCM-NJK<br><br>**Order**<br><br>(Docket No. 10) |

Pending before the Court is Defendants' motion to extend the 90-day stay. Docket No. 10. On March 1, 2018, the Court stayed the instant case for 90 days to facilitate settlement discussions between the parties. Docket No. 4. On April 27, 2018, the parties participated in an inmate early mediation conference. Docket No. 9. Although the parties did not reach a settlement at the inmate early mediation conference, Defendants submit that they are continuing settlement discussions. Docket No. 10 at 2. Defendants ask the Court to extend the 90-day stay for an additional 60 days to allow for further settlement discussions. *Id.* at 2.

//
//
//
//
//
//

1

For good cause shown, the Court **GRANTS** Defendants' motion to extend the 90-day stay. Docket No. 10. The stay is extended until July 30, 2018. The Court **FURTHER ORDERS** the Office of the Attorney General to submit its 90 Day Report no later than July 30, 2018.

IT IS SO ORDERED.

Dated: May 3, 2018

                                                           _____
Nancy J. Koppe
U.S. Magistrate Judge