UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHELLERY MOORE,

Plaintiff,

v.

FOSTER, et al.,

Defendants.

Case No. 2:17-cv-02005-JCM-NJK

ORDER

Presently before the court is the matter of *Moore v. Foster et al*, case no. 2:17-cv-02005-JCM-NJK.

On March 21, 2019, *pro se* plaintiff Shellery Moore ("plaintiff") filed the instant motion to extend time to file a response to defendants' motion for summary judgment that was filed on February 28, 2019. (ECF No. 23); *see* (ECF No. 21). In her motion, plaintiff requests that the court extend her time to file a response to June 16, 2019. (ECF No. 23 at 1).

Under Local Rule 7-2, parties are granted twenty-one (21) days to file a response to a motion for summary judgment. LR 7-2(b). Because defendants filed their motion for summary judgment on February 28, 2019, the deadline for plaintiff's response would have been March 21, 2019. Accordingly, the court finds that plaintiff's request to extend the deadline until the middle of June is unreasonable.

Nevertheless, because plaintiff is a prisoner representing herself *pro se* in this

matter, and because public policy favors disposition of cases on their merits, the court will grant plaintiff an additional fourteen (14) days from the date of this order to file her response. *See Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("public policy favor[s] disposition of cases on their merits . . ."). No further extensions of time will be granted.

Accordingly,

IT IS ORDERED THAT plaintiff's motion to extend time (ECF No. 23) be, and the same hereby is, GRANTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED THAT plaintiff shall file her response to defendants' motion for summary judgment within fourteen (14) days from the date of this order.

IT IS SO ORDERED.

DATED April 30, 2019.

                                                          /s/ James C. Mahan
                                      UNITED STATES DISTRICT JUDGE